IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13473-AA

_____

MARK BUTTERFIELD,

Plaintiff - Appellant,

versus

JETBLUE AIRWAYS CORPORATION,
a foreign for-profit corporation,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER:

The motion for an extension of time to and including February 24, 2021, in which to file

Appellee's brief is GRANTED, with the appendix, if any, due seven (7) days from the filing of

the brief.

_____
UNITED STATES CIRCUIT JUDGE