In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 20-13473

_____

MARK BUTTERFIELD,

                                        Plaintiff-Appellant,

*versus*

JETBLUE AIRWAYS CORPORATION,
a foreign for-profit corporation,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:20-cv-60660-WPD

_____

JUDGMENT

2 20-13473

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 1, 2022

For the Court: DAVID J. SMITH, Clerk of Court